IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01379-WYD-CBS

ASHER ASSOCIATES, L.L.C.,
a Colorado limited liability company; and
PETRA ENERGY, INC.,
a Colorado corporation,

      Plaintiffs,

v.

BAKER HUGHES OILFIELD OPERATIONS, INC.,
a California corporation, d/b/a CENTRILIFT,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that the Stipulated Motion to Amend Scheduling Order (*doc. no. 19*) is **GRANTED**. The scheduling order is modified as follows:

      1.    Deadline for rule 26(a)(2) affirmative expert disclosures is extended to **April 11, 2008**;

      2.    Deadline for rule 26(a)(2) rebuttal expert disclosures is extended to **May 12, 2008**;

      3.    Discovery deadline is extended to **July 9, 2008**;

      4.    Dispositive motion deadline is extended to **August 11, 2008**;

      5.    The (all afternoon) December 3, 2007 settlement conference is **RESET** to the afternoon of **February 11, 2008** with a start time of **1:30 p.m. (Mountain Time)**;

      6.    The deadline for parties to submit updated confidential settlement statements is extended to **February 4, 2008**; and

7. The October 14, 2008 final pretrial conference is **RESET** to **December 15, 2008 at 9:15 a.m. (Mountain Time)**. Parties shall submit a proposed final pretrial order no later than 5 days prior to the scheduled conference.

**DATED:** November 20, 2007