IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01379-WYD-CBS

ASHER ASSOCIATES, L.L.C.,
a Colorado limited liability company; and
PETRA ENERGY, INC.,
a Colorado corporation,

      Plaintiffs,

v.

BAKER HUGHES OILFIELD OPERATIONS, INC.,
a California corporation, d/b/a CENTRILIFT,

      Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

      IT IS HEREBY ORDERED that the "Motion to Remove Attorney Patrick D. Frye From Court Records and Service List" (*doc. no. 27)* is **GRANTED**. Attorney Patrick D. Frye is relieved of any further representation of *Plaintiffs* in the above captioned matter. The Clerk of Court is instructed to remove Mr. Frye from the electronic certificate of mailing.

**DATED:**    February 25, 2008