# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 07-cv-01379-WYD-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: March 13, 2008** | **Courtroom Deputy:** Ben Van Dyke |

ASHER ASSOCIATES, LLC,                          Lee Katherine Goldstein, via telephone
a Colorado limited liability company, *et al.,*

      **Plaintiffs,**

v.

BAKER HUGHES OILFIELD OPERATION, INC.          M. Antonio Gallegos, via telephone
d/b/a CENTRILIFT, a California corporation,

      **Defendant.**

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:  TELEPHONIC MOTIONS HEARING**
**Court in Session:     1:40 p.m.**
Court calls case.  Appearances of counsel.

**ORDERED:  The Stipulated Motion to Amend Scheduling Order to Extend Deadlines [filed March 6, 2008; doc. 30] is granted in part and denied in part for the reasons stated on the record.  The parties shall designate affirmative expert witnesses by June 10, 2008 and rebuttal expert witnesses by July 11, 2008. The discovery deadline is extended to August 11, 2008.**

**<u>SETTLEMENT CONFERENCE</u>**  is set for **May 30, 2008 at 1:30 p.m.**
Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference.

Each party shall submit an Updated Confidential Settlement Statement  to Magistrate Judge Shaffer **on or before May 27, 2008** outlining the facts and issues in the case and the party's settlement position. In addition, each party shall disclose what it is willing to offer or accept in settlement.

Parties participating in ECF shall e-mail Confidential Settlement Statements, which are fifteen (15) pages or less including attachments, in PDF format to **Shaffer_Chambers@cod.uscourts.gov**.  ALL Confidential Settlement Statements that are over fifteen (15) pages including attachments are to be submitted to the court as hard copies and shall be delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS."

HEARING CONCLUDED.

**Court in recess:**      **2:26 p.m.**
Total time in court:      00:46