IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01379-WYD-CBS

ASHER ASSOCIATES, L.L.C.,
a Colorado limited liability company; and
PETRA ENERGY, INC.,
a Colorado corporation,

      Plaintiffs,

v.

BAKER HUGHES OILFIELD OPERATIONS, INC.,
a California corporation, d/b/a CENTRILIFT,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that the Stipulated Motion to Amend Scheduling Order to Extend Deadlines (*doc. no. 48)* is GRANTED. The scheduling order shall be modified, **for the third and <u>final</u> time**, as follows:

    1.    Deadline for Rule 26(a)(2) affirmative expert disclosures is extended to **August 19, 2008**;
    2.    Deadline for Rule 26(a)(2) rebuttal expert disclosures is extended to **September 22, 2008**;
    3.    Discovery deadline is extended to **October 10, 2008**; and
    4.    Dispositive motion deadline is extended to **October 10, 2008**.

      The Final Pretrial Conference set for December 15, 2008 is **VACATED** and **RESET** to **February 18, 2008 at 9:15 a.m.** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. A proposed Final Pretrial Order is due no later than 5 days prior to the conference. Counsel are advised that this court construes FED.R.CIV.P. 16(d) as requiring physical attendance of trial counsel at the final pretrial conference.

**DATED:**    June 16, 2008