IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01379-WYD-CBS

ASHER ASSOCIATES, L.L.C.,
a Colorado limited liability company; and
PETRA ENERGY, INC.,
a Colorado corporation,

    Plaintiffs,

v.

BAKER HUGHES OILFIELD OPERATIONS, INC.,
a California corporation, d/b/a CENTRILIFT,

    Defendant.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Unopposed Motion for Leave to Supplemental [sic] Response in Opposition to Plaintiffs' Motion to Impose Sanctions for Alleged Spoilation of Evidence (*doc. #94*) is GRANTED.

    As of the date of this order, the Clerk of Court is instructed to file the tendered response (*doc no. 94-2*) as a supplemental response to Plaintiffs' motion for sanctions (*doc. # 64*).

    IT IS FURTHER ORDERED that Plaintiffs may file a supplemental reply on or before **December 17, 2008**.

**DATED:**    December 2, 2008