IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01379-WYD-CBS

ASHER ASSOCIATES, L.L.C.,
a Colorado limited liability company; and
PETRA ENERGY, INC.,
a Colorado corporation,

    Plaintiffs,

v.

BAKER HUGHES OILFIELD OPERATIONS, INC.,
a California corporation, d/b/a CENTRILIFT,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Motion for Withdrawal of Scott T. Varholak as Co-Counsel for the Plaintiffs (*doc. #128*) is GRANTED. Attorney Scott T. Varholak is relieved of any further representation of *Plaintiffs* in the above captioned matter. The Clerk of Court is instructed to terminate electronic notification to Mr. Varholak and to remove him from the electronic certificate of mailing.

**DATED:**    January 20, 2009