IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01379-WYD-CBS

ASHER ASSOCIATES, L.L.C., a Colorado Limited Liability Company; and
PETRA ENERGY, INC., a Colorado corporation,

      Plaintiffs,

v.

BAKER HUGHES OILFIELD OPERATIONS, INC., a California corporation, d/b/a
CENTRILIFT,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      On March 18, 2009, I granted the Defendant's Unopposed Motion to Continue the Trial.  The Final Trial Preparation Conference was reset to Monday, November 16, 2009, and the jury trial was reset to Monday, November 30, 2009.  Accordingly, the pending motions in limine (docket nos. 104, 105, 106, 110, and 115) are **DISMISSED WITHOUT PREJUDICE** as premature with leave to refile no sooner than ninety (90) days before the Final Trial Preparation Conference and no later than (45) forty-five days before the Final Trial Preparation Conference.

      Dated:  April 28, 2009