**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:   07-cv-01379-WYD-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date:   June 30, 2009** | **Courtroom Deputy:**  Linda Kahoe |

ASHER ASSOCIATES, LLC, *et al.*,                    Lee Katherine Goldstein

     Plaintiff,

     v.

BAKER HUGHES OILFIELD OPERATIONS,              M. Antonio Gallegos
INC.,

     Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   MOTION HEARING**
**Court in session:        9:54 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Defendant's Unopposed Motion to Seal (doc #176) and Defendant's Motion to Amend (doc #179).

For the reasons as stated on the record, it is

**ORDERED:**   Defendant's Unopposed Motion to Seal Certain Exhibits Cited in Support of Defendant's Motion to Amend Scheduling Order to Reopen Discovery (doc #176, filed 6/3/2009) is GRANTED.  Exhibits A, D, F, I, N, Q, R and S shall remain sealed until further order of the court.

**ORDERED:**   Defendant's Motion to Amend Scheduling Order to Reopen Discovery (doc #179, filed 6/3/2009) is GRANTED IN PART AND DENIED IN PART.  Discovery is reopened to allow Baker Hughes to take a Rule 30(b)(6) deposition of a Weatherford corporate representative; and to allow Baker Hughes to reopen the depositions of Mr. Bayne and Mr. Patton regarding all communication and dealings with Weatherford at Well 44-5, as well as production obtained at Well 44-5 as a result of Weatherford's work.  Discovery shall be completed on or before September 15, 2009.

HEARING CONCLUDED.
**Court in recess**:        **10:10 a.m.**
Total time in court:     00:16

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.