IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01379-TJM-CBS

ASHER ASSOCIATES, LLC, a Colorado Limited Liability Company; and
PETRA ENERGY, INC., a Colorado corporation,
    Plaintiffs,

vs.

BAKER HUGHES OILFIELD OPERATIONS, INC., a California corporation,
d/b/a CENTRILIFT
    Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS

This matter comes before the Court on the Parties Stipulation for Dismissal with Prejudice of all Claims and Counterclaims. Having reviewed this Stipulation and being sufficiently advised in the premises, the Court hereby ORDERS that all claims asserted by Plaintiffs Asher Associates, LLC and Petra Energy, Inc. and the counterclaim asserted by Defendant Baker Hughes Oilfield Operations, Inc. d/b/a Centrilift are dismissed with prejudice, each party to bear its own costs and attorneys fees.

Dated December 15, 2009.

BY THE COURT:

_Thomas J. McAvoy_
Hon. Thomas J. McAvoy
United States District Court Judge

4681806_1.DOC